CSD 1099 [12/01/16]
Name, Address, Telephone No. & I.D. No.
Michael D. Breslauer, Esq. SBN 110259
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101-4295
mbreslauer@swsslaw.com    619-231-0303

### UNITED STATES BANKRUPTCY COURT
#### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
UniteOR, Inc., a Delaware corporation

Debtor.

BANKRUPTCY NO.  18-07586-LT7

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented are the original with the number of copies required by CSD 1800 Administrative Procedures of the following [Check one or more boxes as appropriate]:

☑ Schedules A/B - J
☑ Statement of Financial Affairs
☑ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
☐ Summary of Your Assets and Liabilities and Certain Statistical Information Schedules
☐ Chapter 7 Statement of Current Monthly Income
☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
☐ Chapter 7 Means Test Calculation
☐ Chapter 11 Statement of Your Current Monthly Income
☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
☐ Chapter 13 Calculation of Your Disposable Income
☐ Chapter 13 Plan
☐ Schedule of Real and/or Personal Property
☐ Schedule of Property Claimed Exempt
☐ Creditors Holding Secured Claims by Property
☐ Creditors Holding Unsecured Priority and/or Non-priority Claims:
☐ Schedule of Executory Contracts & Unexpired Leases
☐ Schedule of Co-Debtors
☐ Income of Individual Debtor(s)
☐ Expenses of Individual Debtor(s)
☐ Expenses for Separate Household of Debtor 2

If additional creditors are added at this time, the following are required:
1. Electronic media required, see CSD 1007, containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2. Local Form CSD 1101, Notice, Notice to Creditors of This Debtor Added by Amendment or Balance of Schedules. See instructions on reverse side.

Dated:  January 11, 2019                    Signed  /s/ Michael D. Breslauer
                                                    Attorney for Debtor

I Brian McGuire, President of UniteOR, Inc., the debtor, hereby declare under penalty of perjury that the information set forth in the balance of schedules attached hereto, consisting of 30 pages, and on the creditor matrix, if any, is true and correct.
Dated:  January 11, 2019      /s/ Brian McGuire

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

CSD 1099 (Page 2) [12/01/16]

**INSTRUCTIONS**

1. Local Form CSD 1101, *Notice to Creditors of The Above-Named Debtor Added by Amendment or Balance of Schedules*, may be used to notify any added entity. When applicable, copies of the following notices must accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2. If not filed previously and this is an ECF case, the *Declaration Re: Electronic Filing of Petition, Schedules & Statements* (Local Form CSD 1801) must be filed in accordance with LBR 5005-4(c).

3. If this is a Chapter 11 case, each member of any committee appointed must be served this Balance of Schedules.

**PROOF OF SERVICE**

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Balance of Schedules and/or Chapter 13 Plan** on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On January 11, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐     Chapter 7 Trustee:

☑     For Chpt. 7, 11, & 12 cases:       ☐   For ODD numbered Chapter 13 cases:       ☐   For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE            THOMAS H. BILLINGSLEA, JR., TRUSTEE       DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov            Billingslea@thb.coxatwork.com            admin@ch13.sdcoxmail.com
                                                                                     dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail or Overnight Mail:**

On _____,I served the following person(s) and/or entity(ies) at the last known address(es) In this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    January 11, 2019                /s/ Michael D. Breslauer
                (Date)                     Michael D. Breslauer, Esq. SBN 110259
                                               Solomon Ward Seidenwurm & Smith LLP
                                               401 B Street, Suite 1200
                                               San Diego, CA 92101-4295
                                               Address

1/11/19 1:34PM

Fill in this information to identify the case:

Debtor name **UniteQR, Inc., a Delaware corporation**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF CALIFORNIA**

Case number (if known): **18-07586**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets—Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 11, 2019**       X /s/ Brian McGuire
                                         Signature of individual signing on behalf of debtor

                                         **Brian McGuire**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

1/11/19 1:54PM

**Fill in this information to identify the case:**

Debtor name    UniteOR, Inc., a Delaware corporation

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    18-07586

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................................ $ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................................. $ 86,000.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................................... $ 86,000.00

### Part 2:    Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $ 184,396.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................... $ 353,091.59

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ 300,506.26

4.  **Total liabilities** ......................................................................................................................................
    Lines 2 + 3a + 3b                                                                                                                                    $ 837,993.85

1/11/19 1:54PM

| Fill in this information to identify the case: |
|---|

Debtor name   UniteOR, Inc., a Delaware corporation

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   18-07586

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 2:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 2:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.    Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. Adventist Portland | 22,500.00 face amount | - 0.00 doubtful or uncollectible accounts = .... | $22,500.00 |
| 11a. Abington Jefferson | 4,000.00 face amount | - 0.00 doubtful or uncollectible accounts = .... | $4,000.00 |
| 11a. New York City Health & Hospital | 58,500.00 face amount | - 0.00 doubtful or uncollectible accounts = .... | $58,500.00 |

**12.    Total of Part 3.**                                                                $85,000.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

1/11/19 1:54PM

| Debtor | UniteOR, Inc., a Delaware corporation | Case number *(if known)* 18-07586 |
|---|---|---|
| | Name | |

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | Office Furniture & Equipment, etc. | Unknown | | $1,000.00 |

| | | |
|---|---|---|
| 40. | **Office fixtures** | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $1,000.00 |
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** ☑ No ☐ Yes | |
| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?** ☑ No ☐ Yes | |

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

1/11/19 1:54PM

| Debtor | UniteOR, Inc., a Delaware corporation | Case number *(If known)* 18-07586 |
|---|---|---|
| | Name | |

**Part 10:**  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>(a) Registered Trademark "UniteOR" via USPTO Registration No. 4122451<br>(b) Software designed for hosting a web protal and software for use by others for monitoring delivery, tracking, and scheduling of transplant surgeries, for scheduling operating room procedures, sotring patient information, and notification and coordination of physicians, hospitals and vendors | $0.00 | | $0.00 |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | $0.00 | | $0.00 |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:**  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

1/11/19 1:54PM

| Debtor | UniteOR, Inc., a Delaware corporation | Case number *(If known)*  18-07586 |
|---|---|---|
| | Name | |

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $85,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $86,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $86,000.00 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

1/11/19 1:54PM

**Fill in this information to identify the case:**

Debtor name    UniteOR, Inc., a Delaware corporation

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   18-07586

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| Profitics, Inc.<br><sub>Creditor's Name</sub> | Describe debtor's property that is subject to a lien<br>IT Services & Hosting Fees | $184,396.00 | $0.00 |
| 999 Plaza Drive, Suite 710<br>Schaumburg, IL 60173<br><sub>Creditor's mailing address</sub> | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| <sub>Creditor's email address, if known</sub> | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $184,396.00 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

1/11/19 1:54PM

**Fill in this information to identify the case:**

Debtor name   UniteOR, Inc., a Delaware corporation

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   18-07586

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Brian McGuire<br>515 N. Highway 101<br>Solana Beach, CA 92075 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,557.93 | $5,557.93 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Nam D. Vo<br>6870 Sagestone Drive<br>Dublin, OH 43016 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $59,512.83 | $59,512.83 |
| | Date or dates debt was incurred | Basis for the claim:<br>Salary, benefits, expenses, etc. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     28101     Best Case Bankruptcy

1/11/19 1:54PM

| Debtor | UniteOR, Inc., a Delaware corporation | | Case number (if known) | 18-07586 |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288,020.83 | $288,020.83 |
|---|---|---|---|---|
| | The Delaware Dept of State | ☐ Contingent | | |
| | Division of Revenue | ☐ Unliquidated | | |
| | 820 N. French Street | ☐ Disputed | | |
| | Wilmington, DE 19801 | | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,035.84 |
|---|---|---|---|
| | Black Helterline LLP | ☐ Contingent | |
| | 805 SW Broadway, Suite 1900 | ☐ Unliquidated | |
| | Portland, OR 97229 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Litigation & Corporate Counsel Legal Services | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,419.40 |
|---|---|---|---|
| | Brian McGuire | ☐ Contingent | |
| | 515 N. Highway 101 | ☐ Unliquidated | |
| | Solana Beach, CA 92075 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** D&O Insurance Premium & Chapter 7 Expenses | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,500.00 |
|---|---|---|---|
| | Carefusion 2200, Inc. | ☐ Contingent | |
| | c/o Kelly Swofford | ☐ Unliquidated | |
| | 75 N. Fairway Drive | ☐ Disputed | |
| | Vernon Hills, IL 60061 | **Basis for the claim:** Joint Development for Connectivety Services | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | IRS | ☐ Contingent | |
| | 10th St & Pennsylvania NW | ☐ Unliquidated | |
| | Washington, DC 20530 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** Notice Only, no taxes owed | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,419.40 |
|---|---|---|---|
| | Joe Boyle | ☐ Contingent | |
| | 14375 NW Science Park Drive | ☐ Unliquidated | |
| | Portland, OR 97229 | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** D&O Insurance Premium & Chapter 7 Expenses | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

1/11/19 1:54PM

| Debtor | UniteOR, Inc., a Delaware corporation | Case number (if known) | 18-07586 |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>LSF Financial Services, LLC<br>9728 NW Kaylee Street<br>Portland, OR 97229 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,615.69 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Finance Contracting Services<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>Luis Machuca<br>10760 NW Helvetia Road<br>Hillsboro, OR 97124 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,419.40 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** D&O Insurance Premium & Chapter 7 Expenses<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,536.15 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** MS Azure Hosting Fees<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>Nam D. Vo<br>6870 Sagestone Drive<br>Dublin, OH 43016 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,419.40 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** D&O Insurance Premium & Chapter 7 Expenses<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>Perkins & Co.<br>1211 SW Fifth Ave, Ste 1000<br>Portland, OR 97204 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,078.49 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Tax Filing Services<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>PH Solutions<br>7833 SE 16th Avenue<br>Portland, OR 97202 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $73,825.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Software Development Outsourcing & Contracting<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>Sohaib Kureshi<br>3750 Convoy Street<br>San Diego, CA 92111 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,419.40 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** D&O Insurance Premium & Chapter 7 Expenses<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

1/11/19 1:54PM

| Debtor | UniteOR, Inc., a Delaware corporation | Case number (if known) | 18-07586 |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91,818.09 |
|---|---|---|---|

Stoel Rives LLP
760 SW Ninth Ave, Ste 3000
Portland, OR 97205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: Corporate Legal Services

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 353,091.59 |
| 5b. Total claims from Part 2 | 5b. + $ | 300,506.26 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 653,597.85 |

1/11/19 1:54PM

| Fill in this information to identify the case: |
| --- |

Debtor name      UniteOR, Inc., a Delaware corporation

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    18-07586

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Month-to-Month Software (SaaS) Subscription Activation Date January 17, 2018 $1,000 per month | |
| --- | --- | --- | --- |
| | State the term remaining | | Abington Memorial Hospital 1200 Old York Road Abington, PA 19001 |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Software (SaaS) Subscription (Bellevue Facility) Activation Date December 15, 2016 $10,000 per year | |
| --- | --- | --- | --- |
| | State the term remaining | | NY Health & Hospitals Corp. 160 Water Street, 13th Floor New York, NY 10038 |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Software (SaaS) Subscription dated April 5, 2018 Three (3) year term Year 1 - $22,500 Year 2 - $28,500 Year 3 - $28,500 | |
| --- | --- | --- | --- |
| | State the term remaining | 2.5 years | Portland Adventist Medical 10123 SE Market Street Portland, OR 97216 |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Software (SaaS) Subscription dated January 19, 2018 Two (2) year term | |
| --- | --- | --- | --- |
| | State the term remaining | | St. Luke's University Health 1650 E. Race STreet Allentown, PA 18109 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

1/11/19 1:54PM

Debtor 1    UniteOR, Inc., a Delaware corporation
      First Name      Middle Name      Last Name

Case number *(if known)*    18-07586

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

List the contract number of any
    government contract    _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

1/11/19 1:54PM

**Fill in this information to identify the case:**

Debtor name    UniteOR, Inc., a Delaware corporation

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    1 80 7 58 6

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*

*Column 2: Creditor*

|  | **Name** | **Mailing Address** |  |  | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|---|---|
| 2.1 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |

**Fill in this information to identify the case:**

Debtor name     UniteOR, Inc., a Delaware corporation

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    18-07586

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| For prior year: From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other | $133,861.00 |
| For year before that: From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other | $60,282.00 |
| For the fiscal year: From  1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other | $8,887.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

1/11/19 1:54PM

Debtor   UniteOR, Inc., a Delaware corporation                    Case number *(if known)*  18-07586

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   SEE ATTACHED LIST | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Nam D. Vo<br>6870 Sagestone Drive<br>Dublin, OH 43016<br>Chief Executive Officer | | $17,982.69 | Salary & Expenses |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Profitics, Inc. v. UniteOR, Inc.<br>18-cv-08700 | contract; payment of services | Circuit Court Oregon, Multnomah County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Attachment SOFA #2

| Details | Posting Date | Description | Amount | Type | Balance | Check or Slip # | Comments |
|---|---|---|---|---|---|---|---|
| DEBIT | 11/20/2018 | Transf to 2688 - OD Collections 800-555-0433 | -151.32 | MISC_DEBIT | 0 | | |
| DEBIT | 10/31/2018 | MONTHLY SERVICE FEE | -15 | FEE_TRANSACTION | 151.32 | | |
| DEBIT | 10/23/2018 | SAVINGS WITHDRAWAL LIMIT FEE | -5 | FEE_TRANSACTION | 166.32 | | |
| DEBIT | 10/23/2018 | ODP TRANSFER TO CHECKING      000000261222688 0703 | -9 | ACCT_XFER | 171.32 | | |
| DEBIT | 10/16/2018 | ODP TRANSFER TO CHECKING      000000261222688 0703 | -21.15 | ACCT_XFER | 180.32 | | |
| DEBIT | 10/10/2018 | ODP TRANSFER TO CHECKING      000000261222688 0703 | -58.85 | ACCT_XFER | 201.47 | | |
| DEBIT | 10/4/2018 | ODP TRANSFER TO CHECKING      000000261222688 0703 | -39.92 | ACCT_XFER | 260.32 | | |
| DEBIT | 10/4/2018 | Online ACH Payment 5204845706 To Velocitech Inc (_########4521) | -3000 | ACH_PAYMENT | 300.24 | | |
| DEBIT | 10/3/2018 | ODP TRANSFER TO CHECKING      000000261222688 0703 | -51 | ACCT_XFER | 3300.24 | | |
| CREDIT | 10/3/2018 | TRANSFER FROM CHK XXXXXX9560 | 3000 | MISC_CREDIT | 3351.24 | | |
| DEBIT | 10/2/2018 | ODP TRANSFER TO CHECKING      000000261222688 0703 | -89 | ACCT_XFER | 351.24 | | |
| DEBIT | 9/28/2018 | MONTHLY SERVICE FEE | -15 | FEE_TRANSACTION | 440.24 | | |
| CREDIT | 9/28/2018 | INTEREST PAYMENT | 0.01 | MISC_CREDIT | 455.24 | | |
| DEBIT | 9/28/2018 | SAVINGS WITHDRAWAL LIMIT FEE | -5 | FEE_TRANSACTION | 455.23 | | |
| DEBIT | 9/28/2018 | ODP TRANSFER TO CHECKING      000000261222688 0703 | -429.33 | ACCT_XFER | 460.23 | | |
| DEBIT | 9/25/2018 | ODP TRANSFER TO CHECKING      000000261222688 0703 | -9 | ACCT_XFER | 889.56 | | |
| DEBIT | 9/17/2018 | ODP TRANSFER TO CHECKING      000000261222688 0703 | -23.3 | ACCT_XFER | 898.56 | | |

Salary and expense catch up

1/11/19 1:54PM

Debtor   UniteOR, Inc., a Delaware corporation _____   Case number *(if known)*   18-07586

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets -- Real and Personal Property).* | | |

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

1/11/19 1:54PM

| Debtor | UniteOR, Inc., a Delaware corporation | Case number *(if known)* | 18-07586 |
|---|---|---|---|

|  | **Address** |  | **Dates of occupancy**<br>**From-To** |
|---|---|---|---|

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| **Depository institution name and address** | **Names of anyone with access to it Address** | **Description of the contents** | **Do you still have it?** |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Do you still have it?** |
|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

1/11/19  1:54PM

Debtor   UniteOR, Inc., a Delaware corporation                              Case number *(if known)*  18-07586

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|

---

1/11/19 1:54PM

Debtor   UniteOR, Inc., a Delaware corporation                     Case number (if known)  18-07586

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Perkins & Co.<br>1211 SW Fifth Ave, Ste 1000<br>Portland, OR 97204 | |
| 26a.2. | LSF Financial Services, LLC<br>9728 NW Kaylee Street<br>Portland, OR 97229 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian McGuire | 515 N. Highway 101<br>Solana Beach, CA 92075 | President & Shareholder | 567,134 Series A<br>1,903,129 Common Shares |
| Nam D. Vo | 6870 Sagestone Drive<br>Dublin, OH 43016 | Chief Executive Officer & Shareholder | 1,325,000 common shares |
| Sohaib Kureshi | | Director & Shareholder | 181,819 Series A<br>1,183,498 common shares |

1/11/19 1:54PM

| Debtor | UniteOR, Inc., a Delaware corporation | | Case number *(if known)* | 18-07586 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Joseph Boyle | | Director & Shareholder | 281,818 Series A 330,182 common shares |
| Tim Boyle | | Shareholder | 1,218,182 Series A 243,636 common shares |
| Luis Machuca | | Director | |
| SEE ATTACHED LIST | | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|------|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1 . | Nam D. Vo 6870 Sagestone Drive Dublin, OH 43016 | $17,982.69 | | |
| | **Relationship to debtor** Chief Executive Officer | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                                **Employer identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy



| Holders |
|---|
| Andy Bryant |
| Ashley Drier |
| Brian Mcguire (Founder) |
| Cameron Werschkul |
| Colin McStravick |
| Cory Nestman |
| Davi Schmidt (July 2016 grant) |
| DLA Piper |
| Elaine M. McCardel Trust |
| Equity Institutional ETC Custodian FBO Robert Warren Acct # 402037 |
| Equity Trust Company Custodian FBO Michael McLoughlin |
| Gill Family Trust |
| Humils Partnership, L.P. |
| Jamie Glenn |
| Jerome C. Hall MD Inc. |
| Jodi Southam |
| John McGuire |
| John W. Morgan |
| Joseph P. Boyle |
| Joy Boswell (July 2016 grant) |
| Keith S. Bartow, Jr. |
| Laura Finney |
| Marcie Peters |
| Mark Pierce |
| Matthew Odman |
| Michelle Soleimani-Mafi |
| Molly Nakayama |
| Murali Karamchedu |
| Nam Vo (CEO) |
| Neurosurgical Medical Clinic 401k Plan - Lance Altenau |
| Neurosurgical Medical Clinic 401k Plan - Sohaib Kureshi |
| Paul Duwelius |
| Peter Rauch |
| Profitics, Inc. (Chandra Pendyala) |
| Ramin Bagheri |
| Russ Danielson |
| Russell S. Gold, PhD Pension Fund |
| Sohaib Kureshi (Founder) |
| The Timothy P. Boyle Trust |
| Timothy Peppers |
| UBS Financial Services Inc. Custodian FBO Luis Machuca Rollover IRA |
| Walt Pazanowski |
|     Unissued SIP Shares |
| Total |

1/11/19 1:54PM

Debtor  UniteOR, Inc., a Delaware corporation                              Case number *(if known)* 18-07586

Name of the pension fund                                                   Employer Identification number of the parent
                                                                           corporation

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      January 11, 2019

/s/ Brian McGuire                                          Brian McGuire
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor   President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

## United States Bankruptcy Court
### Southern District of California

In re    UniteOR, Inc., a Delaware corporation                                                Case No.    18-07586

                                                      Debtor(s)                              Chapter      7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __UniteOR, Inc., a Delaware corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 11, 2019

Date

/s/ Michael D. Breslauer

Michael D. Breslauer 110259

Signature of Attorney or Litigant

Counsel for    UniteOR, Inc., a Delaware corporation

Solomon Ward Seidenwurm & Smith LLP

401 B Street, Suite 1200
San Diego, CA 92101-4295
619-231-0303 Fax:619-231-4755
mbreslauer@swsslaw.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re   UniteOR, Inc., a Delaware corporation

Debtor(s)

Case No.   18-07586

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 9,037.00 |
| Prior to the filing of this statement I have received | $ | 9,037.00 |
| Balance Due | $ | 0.00 |

2.  $ 335.00 of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

January 11, 2019
_Date_

/s/ Michael D. Breslauer
Michael D. Breslauer 110259
_Signature of Attorney_
Solomon Ward Seidenwurm & Smith LLP
401 B Street, Suite 1200
San Diego, CA 92101-4295
619-231-0303  Fax: 619-231-4755
mbreslauer@swsslaw.com
_Name of law firm_

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
Michael D. Breslauer, Esq. SBN 110259
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101-4295
mbreslauer@swsslaw.com   619-231-0303

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
UniteOR, Inc., a Delaware corporation

BANKRUPTCY NO. 18-07586-LT7

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

☐ New petition filed. Creditor diskette required.                    TOTAL NO. OF CREDITORS: __19__

☐ Conversion filed on _____. See instructions on reverse side.
  ☐ Former Chapter 13 converting. Creditor diskette required.        TOTAL NO. OF CREDITORS: ____
  ☐ Post-petition creditors added. Scannable matrix required.
  ☐ There are no post-petition creditors. No matrix required.

☒ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. See instructions on reverse side.
  ☒ Names and addresses are being ADDED.
  ☐ Names and addresses are being DELETED.
  ☐ Names and addresses are being CORRECTED.

PART II (check one):

☒ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: __January 11, 2019__

/s/ Brian McGuire
Brian McGuire, President of Debtor UniteOR, Inc.

**REFER TO INSTRUCTIONS ON REVERSE SIDE**

CSD 1008

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Abington Memorial Hospital
1200 Old York Road
Abington, PA 19001


Black Helterline LLP
805 SW Broadway, Suite 1900
Portland, OR 97229


Brian McGuire
515 N. Highway 101
Solana Beach, CA 92075


Carefusion 2200, Inc.
c/o Kelly Swofford
75 N. Fairway Drive
Vernon Hills, IL 60061


IRS
10th St & Pennsylvania NW
Washington, DC 20530


Joe Boyle
14375 NW Science Park Drive
Portland, OR 97229


LSF Financial Services, LLC
9728 NW Kaylee Street
Portland, OR 97229


Luis Machuca
10760 NW Helvetia Road
Hillsboro, OR 97124


Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

Nam D. Vo
6870 Sagestone Drive
Dublin, OH 43016


NY Health & Hospitals Corp.
160 Water Street, 13th Floor
New York, NY 10038


Perkins & Co.
1211 SW Fifth Ave, Ste 1000
Portland, OR 97204


PH Solutions
7833 SE 16th Avenue
Portland, OR 97202


Portland Adventist Medical
10123 SE Market Street
Portland, OR 97216


Profitics, Inc.
999 Plaza Drive, Suite 710
Schaumburg, IL 60173


Sohaib Kureshi
3750 Convoy Street
San Diego, CA 92111


St. Luke's University Health
1650 E. Race STreet
Allentown, PA 18109


Stoel Rives LLP
760 SW Ninth Ave, Ste 3000
Portland, OR 97205

The Delaware Dept of State
Division of Revenue
820 N. French Street
Wilmington, DE 19801